UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIEL K. MAYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:19-CV-554-D** |
| ROCKY MOUNT POLICE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 18] and DISMISSES the action WITH PREJUDICE for failure to state a claim. The court DENIES plaintiff's motions [D.E. 12, 22].

**This Judgment Filed and Entered on June 10, 2021, and Copies To:**

| | |
|---|---|
| Daniel K. Mayo | (Sent to 1616 Corinth Road Nashville, NC 27856 via US Mail) |
| Dylan J. Castellino | (via CM/ECF electronic notification) |
| J. Nicholas Ellis | (via CM/ECF electronic notification) |

DATE:  
June 10, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk